IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Leila Simic,

Plaintiff(s),

v.

Kilolo Kijakazi,
Acting Commissioner of Social Security

Defendant(s).

Case No. 1:23-cv-00683
Judge Beth W. Jantz

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s)

☒ other: Judgment is hereby entered in favor Plaintiff, Leila Simic, and against Kilolo Kijakazi, Acting Commissioner of Social Security Administration. The ALJ's decision is reversed pursuant to the fourth sentence of 42 U.S.C. § 405(g) with remand to the Social Security Administration for further proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge Beth W. Jantz on Agreed Motion for Reversal with Remand.

Date: 4/12/2023

Thomas G. Bruton, Clerk of Court
Anthony J. Squillante, Deputy Clerk